**Dwayne BOWMAN, Plaintiff—Appellant,**

v.

**William L. HAYNES, Warden, Huttonsville Correctional Center; Jim Rubenstein, Commissioner, West Virginia Department of Corrections, in his official and individual capacities; Pat Graham, Counselor; Albert Fordyce, Counselor, in his individual capacity; the West Virginia Department of Corrections, Defendants—Appellees.**

No. 03–7116.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2003.

Decided March 16, 2004.

Dwayne Bowman, Appellant pro se.

Jeffrey Kent Phillips, Michael Deering Mullins, Steptoe & Johnson, Charleston, West Virginia, for Appellees.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwayne Bowman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bowman v. Haynes,* 282 F.Supp.2d 488 (N.D.W. Va.2003). Bowman's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*